# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 164 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DANIEL F. LOUGHNANE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues.

Whether the Superior Court erred by holding that the automobile exception, adopted in Commonwealth v. Gary, 91 A.3d 102 (Pa. 2014), allowed police to seize a vehicle from the defendant's private residential driveway without a warrant?